**Mattie J. WILLIAMS, Respondent,**

v.

**HOLIDAY STATION STORES, and Reliance Group/Crawford & Co., Relators,**

**Doctors' Diagnostic Center, intervenor, Respondent.**

No. C6–99–498.

Supreme Court of Minnesota.

May 26, 1999.

Larkin, Hoffman, Daly & Lindgren, Ltd., Michael C. Jackman, Bloomington, for relators.

Sieben, Grose, Von Holtum, McCoy & Carey, Raymond R. Peterson, Minneapolis, for respondent.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed March 12, 1999, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $400 in attorney fees.

BY THE COURT:

Russell A. Anderson

Russell A. Anderson
Associate Justice